## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Little, Emanuel | Case Number:  07 B 10176 |
| Little, Priscilla | Judge:  Hollis, Pamela S |
| Printed:  5/6/08 | Filed:  6/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  March 3, 2008
Confirmed:  August 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,201.90 | |
| Secured: | | 5,486.93 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,134.00 |
| Trustee Fee: | | 435.02 |
| Other Funds: | | 1,145.95 |
| Totals: | 9,201.90 | 9,201.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,134.00 | 2,134.00 |
| 2. | Regions Mortgage Inc | Secured | 0.00 | 0.00 |
| 3. | National Auto Finance Inc | Secured | 30,002.14 | 4,890.00 |
| 4. | Cook County Treasurer | Secured | 3,732.00 | 70.00 |
| 5. | Village of Maywood | Secured | 757.00 | 105.00 |
| 6. | Fremont Investment & Loan | Secured | 4,300.00 | 421.93 |
| 7. | Regions Mortgage Inc | Secured | 15,861.00 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 754.71 | 0.00 |
| 9. | Cook County Treasurer | Unsecured | 1,445.16 | 0.00 |
| 10. | Elmhurst Memorial Hospital | Unsecured | 335.15 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 146.85 | 0.00 |
| 12. | Nicor Gas | Unsecured | 1,801.83 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 204.61 | 0.00 |
| 14. | National Auto Finance Inc | Unsecured | 0.00 | 0.00 |
| 15. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 16. | CFC Financial LLC | Unsecured | | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 18. | Credit One Bank | Unsecured | | No Claim Filed |
| 19. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 20. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 22. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 23. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 24. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 25. | Allied Interstate | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Little, Emanuel | Case Number: 07 B 10176 |
| | Little, Priscilla | Judge: Hollis, Pamela S |
| | Printed: 5/6/08 | Filed: 6/6/07 |

| 26. Providian | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 61,474.45 | $ 7,620.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 435.02 |
| | _____ |
| | $ 435.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____